UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE:  HENRY PENN ELLIS, SR. | ) | |
| | ) | CHAPTER 13 |
| | ) | CASE NO. 11-61977 |
| Debtor | ) | |

MOTION FOR DISMISSAL

TO THE HONORABLE WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE:

Comes now the Debtor(s), by counsel, and moves the Court pursuant to Bankruptcy Code §305 and Bankruptcy Code §1307(b) to dismiss the subject Chapter 13 proceeding without prejudice to the Debtors or any other party and respectfully states that such dismissal would be in the best interest of all parties concerned.

Dated: 3/6/13

Respectfully submitted,

*Henry Penn Ellis SR*
HENRY PENN ELLIS, SR.

DAVID COX
DAVID E WRIGHT
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501